IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:19cr454-WRW-SMD |
| | ) | [18 USC § 2250] |
| SHONTIA BERRY | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1
[Failure to Register as a Sex Offender]

From an unknown date to on or about August 19, 2019, in Montgomery County, within the Middle District of Alabama and elsewhere, the defendant,

SHONTIA BERRY,

an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register as a Sex Offender as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Brandon W. Bates
Assistant United States Attorney