# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:19-CR-454-RAH |
| ) | |
| **SHONTIA BERRY** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**SHONTIA BERRY**, through Undersigned Counsel, Lynn Burke, notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Mr. Berry waives his right to plead in front of a district judge and consents to do so before a magistrate judge. There is an agreement with the government.

Dated this 21st day of February, 2020.

>Respectfully submitted,
>
>/s/Lynn Burke
>**Lynn Burke**
>**Assistant Federal Defender**
>Federal Defenders of the
>Middle District of Alabama
>817 South Court Street
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>KS Bar No. 26619
>Email:  Lynn_Burke@fd.org

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:19-CR-454-RAH |
| | ) |
| SHONTIA BERRY | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Lynn Burke
**Lynn Burke**
**Assistant Federal Defender**
Federal Defenders of the
Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
KS Bar No. 26619
Email: Lynn_Burke@fd.org